## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**JERRY F. STRAHAN,**

**Defendant.**                                             **No. 05-CR-30027-DRH**

## ORDER

**Herndon, District Judge:**

On April 13, 2006, Jerry Strahan filed a *pro se* motion for transcripts (Doc. 134). The Court strikes Strahan's request based on the following. "A district court is entitled to insist that a represented party file papers only through counsel." ***Johnson v. United States*, 196 F.3d 802, 805 (7th Cir. 1999)**. On October 5, 2005, the Court appointed attorney Steven Stenger to represent Strahan in this matter. Therefore, the Court insists that Strahan only file pleadings through his counsel. Accordingly, the Court **STRIKES** Strahan's *pro se* motion for transcripts (Doc. 134). The Clerk of the Court shall accept only the pleadings that are filed through attorney, Steven Stenger, on behalf of Strahan.

**IT IS SO ORDERED.**

Signed this 17th day of April, 2006.

/s/        David RHerndon
United States District Judge